Room No. 15613
Tel. No. 267-299-7399

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**\*\*AMENDED NOTICE\*\*RESCHEDULED FROM APRIL 27, 2012\*\***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: March 16, 2012 |
| vs. | : | |
| | : | |
| Brian McDaid | : | Criminal No. 11-171-01 |
| 2014 Bondsville Road | | |
| Downingtown, PA 19335 | | |

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **TUESDAY, MAY 1, 2012** at **9:30 a.m.** before the Honorable  Stewart Dalzell , in Courtroom  15-B, 15th  floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours

NO INTERPRETER REQUIRED

Eileen Adler
Deputy Clerk to Judge Dalzell

| | | |
|---|---|---|
| Mark Cedrone, Esq. | | |
| 123 South Broad Street | Notice to: | Defendant |
| Suite 810 | (via e-mail) | Defense Counsel |
| Philadelphia, PA 19109 | | Alexander Nguyen, AUSA |
| | | U.S. Marshal |
| | | Probation Office |
| | | Pretrial Services |
| Cr 4 (rev. 8/97) | | Larry Bowman |